UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami-Dade Division

In Re:

Verdell Renee Sands-Hollis,                                         CASE NO. 23-20510-BKC-LMI
                                                                    Chapter 13

_____Debtor.  /

### RESPONSE TO TRUSTEE'S OBJECTION TO EXEMPTIONS [DE 17]

COMES NOW THE DEBTOR, Verdell Renee Sands-Hollis, by and through the undersigned attorney, and files this Response to Trustee's Objection to Exemptions [DE 17] ("Objection"), and states as follows:

1. Debtor is before this Court by virtue of a Chapter 13 bankruptcy filing on December 19, 2023.

2. The Chapter 13 Trustee, Nancy Neidich ("Trustee") filed an objection to exemptions specifically in regard to Debtor's assets titled as Tenants by the Entireties and the exemption allowed for the same.

3. Debtor has uploaded a copy of her non-filing spouse ("spouse")'s credit report verifying that no joint debt exists, and Certificate of Marriage to the Trustee.

4. Debtor has contemporaneously filed a Motion to Determine Tenancy by the Entireties Ownership [DE 23] set for hearing on March 5, 2024.

5. Trustee's Objection checked off valuation issues regarding Debtor's banking statement not received until after the date of filing. The banking statement which includes the date of filing has been uploaded to Trustee and Schedule A/B amended to reduce the value of the banking account to reflect the amount in the accounts on the date of filing.

6. Trustee's Objection questioned Debtor's annuity plan date of issue and source of funds. Annuity documents showing this 403(b) plan's date of issue as April 27, 2010 and source of funds from payroll deductions, have been uploaded to Trustee.

7. Debtor contends that her claimed exemptions should be sustained.

By: __/s/ Aron Szabo_____
      Aron Szabo, Esq.
      Florida Bar No. 0105602

      Szabo Law Group, P.A.
      Attorney for the Debtors
      1401 Sawgrass Corporate Parkway
      Fort Lauderdale, FL 33323
      Telephone No.: (954) 210-6054
      Facsimile No.: (954) 337-0522
      Email Address: aron@szabolawgroup.com